USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/17/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
RICHARD DENNIS et al,                :

                Plaintiffs,          :          07 Civ. 5741 (WHP)

        -against-                :          <u>TRANSFER ORDER</u>

SHERIFF'S DEPARTMENT OF              :
DUTCHESS COUNTY et al,
                                     :

                Defendants.         :
------------------------------X

WILLIAM H. PAULEY III, District Judge:

      The Clerk of the Court is directed to transfer this civil action to the White Plains Courthouse pursuant to Rule 21 of the Rules for the Division of Business Among District Judges, Southern District of New York.

Dated:    August 16, 2007
           New York, New York

                                   SO ORDERED:

                                  _____
                                   WILLIAM H. PAULEY III
                                       U.S.D.J.